**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
ALEXANDRA CHMIL,

                        Plaintiff,                            **ORDER**

        -against-                                      CV 17-5459 (JS) (AKT)

COUNTY OF NASSAU, NASSAU COUNTY
DISTRICT ATTORNEY'S OFFICE, NASSAU
COUNTY POLICE DEPARTMENT, DET.
GENE UMBARILA, UNIDENTIFIED
EMPLOYEES OF THE NASSAU COUNTY
DISTRICT ATTORNEY'S OFFICE, and
UNIDENTIFIED OFFICERS OF THE NASSAU
COUNTY POLICE DEPARTMENT,

                        Defendants.
----------------------------------------------------------------X

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

       The Court has received counsel for Plaintiff's request for an adjournment of the Initial Conference and request to stay the corresponding proposed discovery plan deadline. DE 10. The Court has some concern with counsel's requests in light of the docket entries in this case. The Summonses were all issued on September 20, 2017. *See* DE 5-8. The Court is directing Plaintiff's counsel to advise the Court as to if and when service was actually effected on each Defendant, and whether or not counsel has had any contact with representatives of any or all Defendants. The Court is directing counsel to respond to the Court by December 1, 2017. In the interim, the Initial Conference and corresponding proposed discovery plan deadline are adjourned. The Initial Conference will be rescheduled once the Court receives counsel's response. Lastly, the Court reminds counsel that any request for relief from the Court must be properly filed as a motion, including a letter motion, on ECF.

                                                        **SO ORDERED.**

Dated: Central Islip, New York
       November 28, 2017

                                                        /s/ A. Kathleen Tomlinson

A. KATHLEEN TOMLINSON
United States Magistrate Judge