# Barket Marion Epstein & Kearon, LLP
### Attorneys at Law

666 Old Country Road, Suite 700  
Garden City, New York 11530  
[P] 516.745.1500 • [F] 516.745.1245

5 Columbus Circle, Suite 710  
New York, New York 10019  
[P] 212.972.1710  
[Send mail to Garden City]

www.barketmarion.com

November 30, 2017

**via ELECTRONIC FILING**
Hon. A. Kathleen Tomlinson
United States Magistrate Judge
United States District Court
Eastern District New York
10 Federal Plaza
Central Islip, New York 11722

         RE:    *Chmil v. County of Nassau, et al.*
                17-CV-05459 (JS)(AKT)

Dear Judge Tomlinson:

      As per Your Honor's Order dated November 28, 2017, I am writing to advise the Court of the status of the service of our pleading in connection with the above referenced matter.

      Unfortunately, on September 20, 2017, the date that the Summonses were issued, my paralegal had left early, did not see the bounce, and then was out sick until the following Monday. Although she calendared the date for the initial conference upon her return, she inadvertently failed to schedule service of the Summonses and Complaint.

      On Tuesday November 28, 2017, after receiving Your Honor's latest Order, my office immediately contacted the process servers to check on the status of the service only to learn, and realize, that my office had failed, again inadvertently, to forward the Summonses and Complaint for service.

      Today, my paralegal contacted the process server and was informed that service will be effectuated tomorrow.

                                                                  Respectfully,

                                                              /s/ abm
                                                      Amy B. Marion, Esq.
                                                      Barket Marion Epstein & Kearon, LLP

ABM/lr