# Exhibit A

# AFFIDAVIT OF SERVICE

Alexandra Chmil v. County of Nassau, et al.

Index # 17-CV-5459 (JS) (AKT)

STATE OF NEW YORK )
: ss.:
COUNTY OF NASSAU )

      Lauren Rubenfeld, being duly sworn, deposes and says, that deponent is over twenty-one years of age, not a party to the proceedings herein, and that deponent is employed in the Office of the County Attorney of Nassau County, that on the 24th day of September, 2018 deponent served, by mail, the within **ORDER**, upon:

          Dr. George Bush
          1044 Franklin Avenue, #213
          Garden City, NY 11530

EL629230182US

by depositing a true copy of the same securely enclosed in a post-paid wrapper in a post office box regularly maintained by the United States Government at One West Street, Mineola New York 11501 directed to the above at the addresses designated by them for the purpose upon the preceding papers.

_____
Lauren Rubenfeld

Sworn to before me this 24th day of September, 2018

_____
Notary Public

Pablo A. Fernandez
Notary Public, State of New York
No. 02FE6083219
Qualified in Nassau County
Commission Expires November 12, 20__

# AFFIDAVIT OF SERVICE

Alexandra Chmil v. County of Nassau, et al.

Index # 17-CV-5459 (JS) (AKT)

STATE OF NEW YORK )
: ss.:
COUNTY OF NASSAU )

      Lauren Rubenfeld, being duly sworn, deposes and says, that deponent is over twenty-one years of age, not a party to the proceedings herein, and that deponent is employed in the Office of the County Attorney of Nassau County, that on the 24th day of September, 2018 deponent served, by mail, the within **ORDER**, upon:

    Lisa Papazian, MS, LSCW-R
    1025 Northern Blvd, Suite 201     EL6133171165US
    Roslyn, NY 11576

by depositing a true copy of the same securely enclosed in a post-paid wrapper in a post office box regularly maintained by the United States Government at One West Street, Mineola New York 11501 directed to the above at the addresses designated by them for the purpose upon the preceding papers.

                        _____
                            Lauren Rubenfeld

Sworn to before me this 24th day of September, 2018

_____
Notary Public

                     Pablo A. Fernandez
              Notary Public, State of New York
                    No. 02FE6083219
                Qualified in Nassau County
           Commission Expires November 12, 20 18