| LAURA CURRAN | | JARED A. KASSCHAU |
| :--- | :---: | ---: |
| County Executive |  | County Attorney |

## COUNTY OF NASSAU
## OFFICE OF THE COUNTY ATTORNEY

December 6, 2018

Honorable A. Kathleen Tomlinson
United States District Court Magistrate Judge
United States District Court, Eastern District NY
100 Federal Plaza
Central Islip, New York 11722

      Re.:    Chmil v. County of Nassau, et al.
                 17-CV-5459 (JS)(AKT)

Dear Judge Tomlinson:

The Office of the Nassau County Attorney represents County Defendants in connection with the above-referenced matter.

I write further to the Court's Order of November 23, 2018 to inform the Court that the parties have executed the settlement documents. In accordance with the parties' agreement, undersigned counsel is preparing and compiling the necessary paperwork for formal approval of the settlement by the Nassau County Executive's Office and the Nassau County Legislature. I do not anticipate the necessary approvals being issued in time to present the settlement at the December 17, 2018 full legislature meeting. The 2019 meeting calendar has not been published at this time. Nonetheless, I anticipate being able to present the settlement for approval either at the January or February meeting provided the settlement is scheduled as an item for consideration by the Legislature Clerk.

Upon the settlement being approved, Nassau County shall issue the settlement payment to Plaintiff. Thereafter, upon receipt and clearance of the funds by Plaintiff's counsel, undersigned shall file the parties' stipulation and order of discontinuance.

Should the Court require any additional information or a further status report, undersigned will provide same at the Court's convenience. Thanking the Court for its time and consideration, I remain

                                           Respectfully,

                                           */S Pablo A. Fernandez*
                                           Pablo A. Fernandez
                                           Deputy County Attorney

cc:    Alexander R. Klein (Via ECF Only)
        Attorneys for Plaintiff